Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED

# UNITED STATES DISTRICT COURT

2025 JUL 24 PM 2:47

for the

_weStern_ District of _TeXAS_

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____

_AUStiN_ Division

Case No. **1:25 CV01156** ADA

_(to be filled in by the Clerk's Office)_

_Jose coNtReRaS_
_____
Plaintiff(s)

-v-

_fBI et all_
_____
Defendant(s)

Jury Trial: _(check one)_ ☑Yes ☐No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name            JOSe COA+ReRAS

Address

AUStin          TX          78724
                City        State       Zip Code

County          tRavis

Telephone Number    512  845 5392

E-Mail Address      Jd CoA+ReRas 1234567890 yahoo.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                    FBI head QuaReRS / 2 ageNts

Job or Title *(if known)*

Address                 12515- 7 ReSeaRch Blvd StE 400
                        AUStin          +X          78759
                        City            State       Zip Code

County                  tRavis

Telephone Number        512 345 1111

E-Mail Address *(if known)*

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

Name                    Julie KoceRuk

Job or Title *(if known)*    tRavis couNty Judge

Address
                        AUStin          +X          78701
                        City            State       Zip Code

County                  tRavis

Telephone Number

E-Mail Address *(if known)*

☑ Individual capacity    ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Address _____

| City | State | Zip Code |
|------|-------|----------|

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity   ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Address _____

| City | State | Zip Code |
|------|-------|----------|

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity   ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th AmendmeNt, 5th AmeNdmeNt, 8th AmeNdmeNt, 9th ameNdmeNt, 10th AmeNdmeNt 14 AmeNdmeNt 1st AmeNdmeNt

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

4th, 5th, 8th, 9th AmeNdmeNt 10' 14 AmeNdmeNt 1st AmeNdmeNt.

Page 3 of 6

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

4th amendment un Reasonable search & seizure. by Lelav LaRRoque & FBI-2 agents & Julie Kocurek have watched me be assulted and are Reading my mind. excessive force, 14th police misconduct, Due process. 1st Amendment Redress my grieuence.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur? on my I phone I made many Reports tracking # T24002374 on 12/10/24  FBI head quarts, 12515-7 Research Blv

B.    What date and approximate time did the events giving rise to your claim(s) occur?

12-10-24  1:09 pm   ongoing  12-12-24

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I have filed a lawSuit with the court house on Julie Koceruk & Matthew Foye. on 9/19/24. Julie Koceruk asked FBI agent to watch me. I have made so online Reports I have on my I phone. to the FBI headquarters. I went to the head quarters and spoke with a male agent and a woman agent. that Didint offer to take my Report. they watched me get assulted with xylazine

**IV.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have MUltiPle oRgan injuRies that I didint Recieve by the St Davis hospital.

**V.    Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Can I get my case investigated Ca:NO 24 35103360

can You ask the FBI to stop following me and haRRassing me.?

can I Recive punitive Damages in the amount of $2,000,000 ?

can I have my Rights to bake fire aRms FoR my pRotection.

Can the couRt gRant me monetary Damages

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

**VI.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    7-24-24

Signature of Plaintiff    *Jose Contreras*

Printed Name of Plaintiff    JOSE CONTRERAS

**B.    For Attorneys**

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number    _____

E-mail Address    _____