UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSE CONTRERAS,<br>    *Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | **1:25-CV-01156-ADA-DH** |
| FBI HEADQUARTERS, JULIE<br>KOCERUK,<br>    *Defendants.* | §<br>§<br>§<br>§ | |

## ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Dustin M. Howell. Dkt. 6. The report and recommendation addressed Plaintiff's claims and recommended **DISMISSING** Contrera's cause of action with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B), **DISMISSING AS MOOT** Contrera's remaining pending motions (Dkt. Nos. 3, 4, and imposing a pre-suit filing bar given the Plaintiff's history as a frivolous litigant. Judge Howell issued the report and recommendation on August 21, 2025. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed Judge Howell's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (Dkt. 6) is **ADOPTED**. Plaintiff's cause of action is **DISMISSED WITH PREJUDICE.** All pending motions (Dkt. Nos. 3, 4) are **DISMISSED AS MOOT.**

**IT IS FURTHER ORDERED** that Jose Contreras may not file any future actions pro se and in forma pauperis in the Western District of Texas relating to any criminal report, criminal investigation, or other civil or criminal proceeding in which he was or is involved without receiving written leave from a District Judge of this Court or a Judge of the Fifth Circuit.

**IT IS FINALLY ORDERED** that this case is CLOSED. Accordingly, the Clerk's Office is respectfully directed to CLOSE this case.

**SIGNED** on December 16, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE